UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**Case Number: 25-23577-CIV-MARTINEZ**

DANIEL FERNANDO HENAO NINO,

    Petitioner,

v.

ATTORNEY GENERAL OF THE UNITED
STATES,

    Respondent.
_____/

**ORDER TO SHOW CAUSE**

    **THIS CAUSE** came before this Court on Petitioner Daniel Fernando Henao Nino's ("Petitioner") *pro se* Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, (ECF No. 1). Petitioner, a native of Colombia, alleges he has been unlawfully detained in Immigration and Customs Enforcement ("ICE") custody despite the dismissal of his removal proceedings.

    Upon entertaining a § 2241 petition, a court "shall forthwith award the writ or issue an order directing the respondent to show cause why the writ should not be granted . . . . The writ[] or order to show cause shall be directed to the person having custody of the person detained. It shall be returned within three days unless for good cause additional time, not exceeding twenty days, is allowed." 28 U.S.C. § 2243. Accordingly, it is **ORDERED AND ADJUDGED** that:

1. Within **twenty (20) days of the date of this Order**, Respondents shall file a memorandum of fact and law to show cause why this Petition should not be granted and shall file therewith all documents and transcripts necessary for the resolution of the Petition.

2. Petitioner may, but is not required to, file a Reply within **ten (10) days** of the date on which this Court dockets Respondent's Response. Petitioner's Reply shall not exceed ten (10) pages and shall otherwise comply with this Court's Local Rules governing the form of filings. *See* S.D. Fla. L.R. 7.1(c); S.D. Fla. L.R. 5.1(a)(4).

**DONE AND ORDERED** in Chambers at Miami, Florida, this 12 day of August, 2025.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:

Daniel Fernando Henao Nino, *pro se*

Noticing 2241/Bivens US Attorney
Email: usafls-2255@usdoj.gov

Noticing INS Attorney
Email: usafls-immigration@usdoj.gov